IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Plair, Dennetta L | Case Number: 06 B 11450 |
|---|---|---|
|  |  | Judge: Hollis, Pamela S |
|  | Printed: 7/10/07 | Filed: 9/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 6, 2007
Confirmed: December 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,702.77 |  |
| Secured: |  | 1,075.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,493.98 |
| Trustee Fee: |  | 132.85 |
| Other Funds: |  | 0.00 |
| Totals: | 2,702.77 | 2,702.77 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,734.00 | 1,493.98 |
| 2. | Capital One Auto Finance | Secured | 18,693.11 | 1,075.94 |
| 3. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 4. | US Department Of Education | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 38.30 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 54.20 | 0.00 |
| 7. | CorTrust Bank | Unsecured | 65.82 | 0.00 |
| 8. | B-Line LLC | Unsecured | 67.32 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 37.77 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 44.32 | 0.00 |
| 11. | Capital One | Unsecured | 38.71 | 0.00 |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 18. | First Cash Line | Unsecured |  | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 20. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | Midwest Emergency | Unsecured |  | No Claim Filed |
| 23. | MRSI | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 25. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Plair, Dennetta L | Case Number: 06 B 11450 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 7/10/07 | Filed: 9/13/06 |

| | | | | |
|---|---|---|---|---|
| 26. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 27. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 28. | AT&T | Unsecured | | No Claim Filed |
| 29. | Sage Telecon | Unsecured | | No Claim Filed |
| 30. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 31. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 32. | Wolters Kluwer | Unsecured | | No Claim Filed |
| 33. | Xcel Energy | Unsecured | | No Claim Filed |

$ 21,773.55          $ 2,569.92

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 104.86 |
| 5.4% | 27.99 |
| | $ 132.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_